RECEIVED
IN MONROE, LA

AUG 24 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MELANIE SWAN | * | DOCKET NO. 07-0693 |
| VERSUS | * | JUDGE JAMES |
| RICHARD FEWELL, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint, be, and it is hereby DISMISSED, WITH PREJUDICE.

THUS DONE AND SIGNED this 24 day of August, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION